KALMAN HARRIS GEIST, LLC
PNC Bank Building
One Garret Mountain Plaza
West Paterson, NJ 07424
(973) 523-8000
Fax: (973) 523-1021
Attorney for Defendant Gold

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Docket No. 07-00129-001 |
| -vs- | ) | ( U.S.D.J. Jose L. Linares ) |
| STEVEN GOLD | ) | **_ORDER_** |

This matter having been brought before the Court by Kalman Harris Geist, Esq., attorney for defendant Steven Gold, for the return of defendant's passport; and the Assistant U. S. Attorney Richard E. Constable, III, on behalf of the United States Attorney, having no objection to the return of defendant's passport to defendant; and good and sufficient cause appearing;

It is on this 10th of April 2008;

ORDERED that the passport of defendant Steven Gold shall be and hereby is ordered returned to defendant forthwith.

_____
JOSE L. LINARES, U.S.D.J.