# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No.: 07-cr-129-JLL |
| v. | |
| STEVEN GOLD | **ORDER** |

The Court has received and reviewed Defendant Steven Gold's request for permission to leave the United States to travel to Croatia and Slovenia dated August 5, 2008. After consideration of Defendant's request and the response of Richard E. Constable, III of the United States Attorney's Office dated August 5, 2008, it is hereby ordered that Defendant Steven Gold's request to travel (September 21, 2008 through October 9, 2008) is hereby **GRANTED**.

Dated:     August 7, 2008

_____
JOSE L. LINARES,
UNITED STATES DISTRICT JUDGE