UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Crim. No. 07-129 (JLL)

v. :

Steven Gold : ORDER

This matter having come before the Court on the motion of defendant Steven Gold (pro se), for an order terminating early his term of probation; and the United States (Ralph J. Marra, Jr., Acting United States Attorney, by Richard E. Constable III, Assistant U.S. Attorney, appearing) having opposed this motion; and the Court having read the submissions of the parties and having reviewed the record in this matter; and for good cause shown,

It is on this 24th day of March, 2009,

ORDERED that defendant Gold's motion to terminate early his supervised release be denied.

_____
HON. Jose L. Linares
United States District Judge