# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No.: 07-129 (JLL) |
| v. | |
| STEVEN GOLD | **ORDER** |

The Court has received and reviewed Defendant, Steven Gold's request for international travel dated June 20, 2009.  After consideration of Defendant's request and the responses of Patricia Cassidy Jensen of the United States Probation Office and Richard Constable, Assistant United States Attorney, it is hereby ordered that Defendant, STEVEN GOLD is hereby GRANTED permission to travel to Italy between September 17, 2009 and October 6, 2009.

Dated:     July 9, 2009

_____
JOSE L. LINARES,
UNITED STATES DISTRICT JUDGE