# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> STEVEN GOLD | Criminal Action No.: 07-129 (JLL) <br><br> **ORDER** |

The Court has received and reviewed Defendant, Steven Gold's request for international travel dated January 11, 2010 [docket entry 14]. After consideration of Defendant's request and the responses of Patricia Cassidy Jensen of the United States Probation Office and Richard Constable, Assistant United States Attorney, it is hereby ordered that Defendant, STEVEN GOLD is hereby GRANTED permission to travel to Peru between March 14, 2010 and March 21, 2010.

Dated:   January 21, 2010

JOSE L. LINARES,
UNITED STATES DISTRICT JUDGE